**FILED**

*United States District Court*
**DISTRICT OF KANSAS**
(Kansas City Docket)

APR 7, 2014

TIMOTHY M. O'BRIEN, Clerk
By_____Deputy

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
v.  )   **CASE NO:** 14-mj-8066-01/02-TJJ
)
LUIS ANGEL SANCHEZ-CRUZ  )
and  )
DANIEL FLORES  )
Defendants.  )
)

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

On or about February 27, 2012, in the District of Kansas, the defendants

**LUIS ANGEL SANCHEZ-CRUZ**
**and**
**DANIEL FLORES,**

knowingly and intentionally possessed with the intent to distribute more than 500 grams of a mixture and substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

1

## COUNT TWO

On or about February 27, 2012, in the District of Kansas, the defendants

### LUIS ANGEL SANCHEZ-CRUZ
### and
### DANIEL FLORES,

knowingly and intentionally possessed with intent to distribute more than one kilogram of a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i), and Title 18, United States Code, Section 2.

I further state that I am a Task Force Officer with the Drug Enforcement Administration (DEA), and that this complaint is based on the following facts:

1.      I am a Sheriff's Deputy with the Jackson County, Missouri Sheriff's Office, and have been such since March of 2010.   I am currently assigned as a Task Force Officer with the United States Drug Enforcement Administration (DEA). As a Task Force Officer with the DEA, I am empowered to conduct investigations of, and to make arrests for, narcotics offenses enumerated in the Controlled Substances Act of Title 21, United States Code.

2.      At approximately 11:45 a.m., Kansas Highway Patrol (KHP) Trooper Chris Nicholas was patrolling on Interstate 70 westbound near Interstate 635 in Kansas City, Kansas.   While on patrol, Trooper Nicholas observed a white 2013 Dodge Challenger bearing California license plate 6ZBY986 traveling westbound.   A database

2

check of the vehicle indicated that the Challenger was registered to Francisco SANCHEZ at 4864 Breese Avenue, Baldwin Park, CA 91706.

3.     Shortly thereafter, Trooper Nicholas observed the Challenger following another vehicle too closely and stopped the Challenger for the traffic violation on Interstate 70 westbound near the 57th Street exit.   Upon making contact with the occupants of the Challenger, Trooper Nicholas identified the driver as Luis Angel SANCHEZ-CRUZ and the sole passenger as Daniel FLORES by their California Department of Motor Vehicles operator's licenses.

4.     Soon thereafter, Trooper Nicholas issued SANCHEZ-CRUZ a ticket for the moving violation and broke contact with SANCHEZ-CRUZ and FLORES.   A short time later, Trooper Nicholas re-initiated contact with SANCHEZ-CRUZ and FLORES and asked for consent to search the vehicle, which was granted by SANCHEZ-CRUZ.   At that time, KHP Trooper Rich Jimerson arrived at the stop location to assist Trooper Nicholas and a consent search of the Challenger was initiated.

5.     Soon     thereafter,     Trooper's     Nicholas     and     Jimerson     asked SANCHEZ-CRUZ to move the Challenger approximately one mile west on Interstate 70 to a rest stop/truck staging area for safety precautions (to get out of traffic).   Upon arriving at the rest stop/truck staging area, Trooper's Nicholas and Jimerson continued the consent search of the vehicle.

6.      Soon thereafter, Trooper's Nicholas and Jimerson located approximately 13.5 pounds of methamphetamine and approximately eight pounds of heroin which had been concealed inside a natural void in the quarter panel of the Challenger.  At that time, both SANCHEZ-CRUZ and FLORES were arrested by KHP and transported to the Wyandotte County KHP post for processing.

7.      At approximately 1:50 p.m., DEA took possession of the methamphetamine and heroin and transported the drugs to the DEA office for processing and safekeeping.  Soon thereafter, TFO Hager and TFO Billy Jones conducted field tests on the drugs which provided the positive indication for the presence of methamphetamine and heroin.

8.      At approximately 2:00 p.m., a post-Miranda interview was conducted by DEA with SANCHEZ-CRUZ at the Wyandotte County KHP post.  During the interview, SANCHEZ-CRUZ stated that he and FLORES had rented room #112 at the Oak Tree Inn hotel (501 Southwest Boulevard, Kansas City, KS) the previous night (April 4, 2014) and that a third individual he named ("third party") still remained at the hotel.  SANCHEZ-CRUZ stated that the third party and FLORES had driven the Challenger from California together and had arrived at the hotel in the early morning hours on Saturday (April 5, 2014).

9.      At approximately 2:05 p.m., a post-Miranda interview was conducted by DEA with FLORES at the Wyandotte County KHP post in a separate location from

4

the interview with SANCHEZ-CRUZ. During the interview, FLORES denied knowledge of the drugs in the Challenger but stated that SANCHEZ-CRUZ had paid him $1,000 in California prior to the trip for expenses. FLORES also stated that he was to be paid an additional $500 by SANCHEZ-CRUZ for driving the Challenger from California to Kansas City. FLORES added that he drove the Challenger from California to Kansas City with the third party, whom he also named.

10. At approximately 4:30 p.m., TFO Hager and TFO Tommy Head responded to the Oak Tree Inn hotel and located the third party named by FLORES and SANCHEZ-CRUZ. During initial conversation, the third party identified herself as being an associate of SANCHEZ-CRUZ and FLORES. During a subsequent interview with the third party, TFO's Hager and Head informed the third party that SANCHEZ-CRUZ and FLORES had been arrested with drugs. The third party then confirmed that she had driven from California to Kansas City with FLORES and that she was aware that there were drugs in the Challenger. The third party indicated that she was approached by FLORES on 04-01-2014 about driving drugs to Kansas City and that FLORES had promised to pay her $800 to make the trip. The third party then indicated that on April 3, 2014 she met with FLORES and SANCHEZ-CRUZ at a U-Haul in California and that SANCHEZ-CRUZ wanted FLORES and the third party to tow the Challenger to Kansas City on a U-Haul car carrier. However, the Challenger

was too big to fit on the car carrier so SANCHEZ-CRUZ directed FLORES and the

third party to drive the Challenger to Kansas City with the drugs.

FURTHER AFFIANT SAITH NOT.

Chase C. Hager
Task Force Officer
Drug Enforcement Administration

SUBSCRIBED TO AND SWORN before me this 7TH day of April, 2014.

HONORABLE TERESA J. JAMES
United States Magistrate Judge
District of Kansas

6

**PENALTIES:**

Counts 1 and 2:    Possession with intent to distribute more than 500 grams of a mixture and substance of methamphetamine / more than 1 kilogram of a mixture and substance containing heroin

- NLT 10 years to NMT Life imprisonment;
- NMT $10,000,000.00 fine;
- NLT 5 years Supervised Release; and
- $100.00 Special Assessment Fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 20 years to NMT life imprisonment;
- NMT $20,000,000.00 fine;
- NLT 10 years Supervised Release; and
- $100.00 Special Assessment Fee.

If the defendant has two prior convictions for felony drug offenses the penalties are:

- Life imprisonment;
- NMT $20,000,000.00 fine;
- NLT 10 years Supervised Release; and
- $100.00 Special Assessment Fee.

7